ACCEPTED
03-14-00801-CV
4667820
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 10:05:35 AM
JEFFREY D. KYLE
CLERK

Filed in The District Court
of Travis County, Texas

NOV 24 2014

At_____10:14____A.M.
Amalia Rodriguez-Mendoza, Clerk

CAUSE NO. D-1-GV-11-001923

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS SYSTEM and THE UNIVERSITY OF TEXAS AT DALLAS, *Plaintiffs*, | § § § § § § | IN THE DISTRICT COURT |

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 10:05:35 AM
JEFFREY D. KYLE
Clerk

v.

GREG ABBOTT, ATTORNEY GENERAL OF TEXAS, § 261st JUDICIAL DISTRICT
    *Defendant*

v.

MARILYN CAMERON, PRO SE
    *Intervenor.* § TRAVIS COUNTY, TEXAS

## FINAL JUDGMENT

On November 24, 2014, a hearing was held on the parties' motions for summary judgment. Plaintiffs The University of Texas System and The University of Texas at Dallas (the University) and Defendant Greg Abbott, Attorney General of Texas, appeared through counsel. This is a lawsuit under the Public Information Act, by which Plaintiff sought relief from a ruling of the Attorney General. The Court, having considered the testimony and documentary evidence, the pleadings, and arguments of counsel, enters the following declaration and orders.

IT IS THEREFORE ORDERED AND DECLARED that Defendant's Cross-Motion for Summary Judgment is GRANTED, and Plaintiff's Cross-Motion for Summary Judgment is DENIED. It is further ORDERED that the information at issue is not privileged and the University must disclose this information to the requestor.

This Order disposes of all claims between all parties and is a final judgment.

Signed this ___24th___ day of ___November___, 2014.

_____
JUDGE PRESIDING

Agreed As To Form:

_____
KIMBERLY FUCHS
Chief, Open Records Litigation
State Bar No. 24044140
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:    (512) 475-4195
Facsimile:    (512) 320-0167
Kimberly.Fuchs@texasattorneygeneral.gov

ATTORNEY FOR DEFENDANT GREG ABBOTT,
ATTORNEY GENERAL OF TEXAS

_____
JOSHUA R. GODBEY
State Bar No. 24049996
Assistant Attorney General
Financial and Tax Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:    (512) 475-4209
Facsimile:    (512) 477-2348
joshua.godbey@texasattorneygeneral.gov

ATTORNEY FOR PLAINTIFFS

Cause No. D-1-GV-11-001923